UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 3:20CR79DPJ-FKB

NEWTON WADE TOWNSEND　　　　　　　18 U.S.C. § 115(a)(1)(B)

**The Grand Jury charges:**

On or about June 1, 2020, in Hinds County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **NEWTON WADE TOWNSEND**, did threaten to murder B.T. and his staffers, a Member of Congress and United States officials, with intent to impede, intimidate, and interfere with B.T. and his staffers while they were engaged in the performance of their official duties, and to retaliate against B.T. and his staffers on account of their official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the

defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(C), Title 18, United States Code, and Section 2461, Title 28, United States Code.

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 23rd day of June, 2020.

UNITED STATES MAGISTRATE JUDGE