IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20cr79DPJ-FKB

NEWTON WADE TOWNSEND

NOTICE OF MAXIMUM PENALTY

**Threats Against a Federal Official**
18 U.S.C. § 115(a)(1)(B), (b)(4)
- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment