CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 23 2020
ARTHUR JOHNSTON    DEPUTY

CITY: _____

COUNTY: __Hinds__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT ____ DOCKET # _3:20CR79 DPJ-FKB_
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _x_ NO

MATTER TO BE SEALED: ___ YES _x_ NO

NAME/ALIAS: __Newton Wade Townsend__

**U.S. ATTORNEY INFORMATION:**

AUSA __Meghan M. McCalla__   BAR # _TX 24070232_

INTERPRETER: _x_ NO ___ YES   LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**   ARREST DATE ____

___ ALREADY IN FEDERAL CUSTODY AS OF ____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _1_   ___ PETTY   ___ MISDEMEANOR   _1_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:115.F | 18 U.S.C. § 115(a)(1)(B) | Threats Against a Federal Official | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: _6-19-2020_   SIGNATURE OF AUSA: _M M McCalla_

(Revised 2/26/10)