PRAECIPE FOR WARRANT



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN 23 2020

ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:20 CI 79 DPJ-FKB

NEWTON WADE TOWNSEND
(wherever found)

     The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 23rd day of June, 2020.

     This the 23rd day of June, 2020.

                    D. MICHAEL HURST, JR.
                    United States Attorney

By: _____
                    MEGHAN M. McCALLA
                    Assistant United States Attorney
                    TXB #24070232

Warrant issued:_____

MMM/USCP