IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 30 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **SUPERSEDING INDICTMENT**<br>CRIMINAL NO. 3:20-cr-00079-DPJ-FKB |
| NEWTON WADE TOWNSEND | 18 U.S.C. § 115(a)(1)(B) |

**The Grand Jury charges:**

On or about June 1, 2020, in Hinds County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **NEWTON WADE TOWNSEND**, did threaten to murder B.T., a Member of Congress and United States official, and to murder his staffers, officials whose killing would be a crime under Title 18, United States Code, Section 1114, with intent to impede, intimidate, interfere with B.T. and his staffers while they were engaged in the performance of their official duties, and to retaliate against B.T. and his staffers on account of their official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the

intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(C), Title 18, United States Code, and Section 2461, Title 28, United States Code.

*[signature]*
DARREN J. LAMARCA
Acting United States Attorney

A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 30th day of March, 2021.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

2