IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:20cr79-DPJ-FKB

NEWTON WADE TOWNSEND

### WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed.R.Crim.P. 10(b), Newton Wade Townsend, the defendant in the above styled and numbered cause, hereby waives appearance at the arraignment and enters a plea of not guilty to the count contained in the Superseding Indictment. The defendant further affirms that he has received a copy of the superseding indictment and has discussed the charge contained therein with his attorney.

Signed this the ____ day of April, 2021.

_____
Newton Wade Townsend
Defendant

_____
Michael L. Scott
Attorney for the Defendant

ACCEPTED BY THE COURT this the 7th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE