IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**  **CRIMINAL NO. 3:20-cr-79-DPJ-FKB**

**NEWTON WADE TOWNSEND**

## JUDGMENT OF ACQUITTAL

On April 26, 27, 28 and 29, 2021, a trial was held before this Court on the government's indictment against defendant Newton Wade Townsend. With all present in open court and having announced ready, the parties presented evidence before a Jury of 12 good and lawful citizens before resting. This matter was thereafter submitted to the Jury upon instructions by the Court and arguments of counsel. The Jury retired, deliberated, and returned into open court a verdict of not guilty.

Having received the unanimous verdict of the Jury, the Court finds that the Judgment should now be entered. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendant, Newton Wade Townsend, is hereby acquitted of the charge named herein, discharged and any bond exonerated, and this Judgment of Acquittal is hereby entered.

**SO ORDERED AND ADJUDGED** this the 29th day of April, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE